UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BILLY L. FAILE, JR. ,
Landlord//Property Manager

    Plaintiff,

v.                                           Case No: 5:22-cv-116-JA-PRL

CITY OF LEESBURG, FL, LINNA
HART and ALLEN CARTER,

    Defendants.
_____

## ORDER

This matter is before the Court on the unopposed motion of Defendant Linna Hart to allow the withdrawal of the appearance of John M. Janousek as counsel of record. (Doc. 47). The motion recites that other counsel of record will continue to represent Defendant, and that both Plaintiff and Defendants are unopposed to the motion.

Upon due consideration, Defendant's motion (Doc. 47) is GRANTED, and Mr. Janousek is relieved of any further responsibility for the representation of Defendant in this action. The Clerk is directed to remove him from the CM/ECF filing system for this case.

**DONE** and **ORDERED** in Ocala, Florida on November 1, 2022.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties