UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BILLY L. FAILE, JR.,

     Plaintiff,

v.                                                                CASE NO. 5:22-CV-116-JA-PRL

CITY OF LEESBURG, a Florida
Municipal Corporation;
LINNA HART, Individually, and
ALLEN CARTER, Individually,

     Defendants.
_____/

## **DEFENDANT, ALLEN CARTER'S NOTICE OF APPEAL**

Defendant, ALLEN CARTER appeals to the United States Court of Appeals for the Eleventh Circuit, from the United States District Court, Middle District of Florida, Ocala Division, an order entered in the above action on March 31, 2023 (Doc. 54), wherein the District Court denied The City and Carter's Motion to Dismiss the Amended Complaint (Doc. 43).  Specifically, this is an interlocutory appeal of the District Court's denial of Carter's request for qualified immunity, as presented in the Motion.

Respectfully submitted by:

/s/ *Stephanie J. Brionez*
STEPHANIE J. BRIONEZ, ESQ.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email transmission through the Florida Courts E-Filing Portal to: Laura K. Hargrove, Esq., LHargrove@ghlaw.com and to Michael J. Roper, mroper@roperpa.com this 29th day of April, 2023.

/s/ *Stephanie J. Brionez*
STEPHANIE J. BRIONEZ
Florida Bar No. 0638161
Brionez + Brionez, P.A.
P.O. Box 985
Tavares, FL 32778
352-432-4044 – office
352-609-2876 – fax
Primary Email: StephB@bblawfl.com
Secondary: WendyC@bblawfl.com
Attorney for Defendants, CITY OF LEESBURG AND ALLEN CARTER

2