# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

BILLY L. FAILE, JR.,

    Plaintiff,

v.                                                                                  Case No. 5:22-cv-116-JA-PRL

CITY OF LEESBURG, FL, LINNA HART, and ALLEN CARTER,

    Defendants.

## ORDER

The Court previously ordered the parties to file an amended case management report no later than July 31, 2024. (*See* Order, Doc. 69). To date, the parties have not done so.

It is **ORDERED** that the parties shall file an amended case management report **no later than August 12, 2024**.

**DONE** and **ORDERED** on August 6, 2024.

                                              JOHN ANTOON II
                                              United States District Judge

Copies furnished to:
Counsel of Record