UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BILLY L. FAILE, JR.,

Plaintiff,

v.                                                Case No. 5:22-cv-116-JA-PRL

CITY OF LEESBURG, LINNA
HART, and ALLEN CARTER,

Defendants.

_____

## ORDER

It is **ORDERED** that **no later than May 14, 2025**, the parties shall file

a joint report regarding their April 29, 2025 mediation.

**DONE** and **ORDERED** on May 7ᵗʰ, 2025.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record