UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BILLY L. FAILE, JR.,

    Plaintiff,

Case no. 5:22-CV-116-JA-PRL

v.

LINNA HART, individually, and ALLEN CARTER, individually,

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff, BILLY L. FAILE, JR., and Defendants, LINNA HART, individually, and ALLEN CARTER, individually, herein, by and through their undersigned counsels, and represent to the Court that this matter has been amicably settled and would request entry of a Final Order of Dismissal with Prejudice in this matter, with each party to bear their own costs and attorney's fees.

Respectfully submitted this 15th of July, 2025.

| | |
|---|---|
| /s/ Laura k. Hargrove | /s/ Susan G. Gainey |
| Laura K. Hargrove, Esquire | David R. Jadon, Esquire |
| Florida Bar No.: 41129 | Florida Bar No.: 473227 |
| Gause & Hargrove, PLLC | Susan G. Gainey, Esquire |
| 229 E. Main Street | Florida Bar No.: 1016477 |
| Tavares, FL 32778 | Roper, Townsend & Sutphen, P.A. |
| Telephone: 352-343-7424 | 255 S. Orange Ave, Suite 750 |
| Facsimile: 352-343-7545 | Orlando, FL 32801 |
| *Attorney for Plaintiff, Billy L. Faile, Jr.,* | Telephone: (407) 897-5150 |
| Primary e-mail: lhargrove@ghlaw.com | Facsimile: (407) 897-3332 |
| | *Attorneys for Defendant, Linna Hart* |

Secondary e-mails: cwest@ghlaw.com; eservice@ghlaw.com

Primary e-mail: djadon@roperpa.com
sgainey@roperpa.com
Secondary e-mail:
lramirez@roperpa.com
mramos@roperpa.com

/s/ *Stephanie Brionez*
Stephanie Brionez, Esquire
Florida Bar No.: 638161
Brionez + Brionez, P.A.
P.O. Box 985
Tavares, FL 32778
Telephone: 352-432-4044
Facsimile: 352-609-2876
*Attorney for Defendants, City of Leesburg and Allen Carter*
Primary e-mail: StephB@bblawfl.com
Secondary e-mail:
WendyC@bblawfl.com

2