# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**BILLY L. FAILE, JR.,**

      Plaintiff,

v.                              Case No. 5:22-cv-116-JA-PRL

**CITY OF LEESBURG, FL, LINNA HART, and ALLEN CARTER,**

      Defendants.

## ORDER

Upon consideration of the Joint Stipulation (Doc. 90) filed by the parties, it is **ORDERED** that this action is **DISMISSED with prejudice**. Each party shall bear their own attorney's fees and costs. The Clerk is directed to close this case.

**DONE** and **ORDERED** on July 22, 2025.

                                            JOHN ANTOON II
                                            United States District Judge

Copies furnished to:
Counsel of Record